JESSE T. MAGOUN et al., as Administrators of the Estate of KINSLEY MAGOUN, Deceased, on Behalf of Themselves and Others, Appellants, *v.* ANNE D. QUIGLEY, as Executrix of JAMES M. QUIGLEY, Deceased, et al., Respondents.

*Magoun* v. *Quigley*, 115 App. Div. 226, appeal dismissed.

(Submitted January 20, 1908; decided January 28, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 27, 1906, which affirmed a judgment in favor of defendants entered upon a dismissal of the complaint on trial at Special Term.

The motion was made upon the grounds that the Court of

Appeals had no jurisdiction to review the judgment appealed from, the action being one to set aside a sale or transfer in fraud of creditors, the judgment of the Appellate Division having been unanimous and permission to appeal not having been granted.

*Alfred S. Brown* for motion.

*Robert D. Murray* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.